U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 4 2019

CLERK, U.S. DISTRICT COURT
By_____
      Deputy

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARY HELEN SUAREZ, CARLOS ) <br> APARICIO, TAX RESCUE II, LLC, ) <br> TARRANT COUNTY TAX ASSESSOR- ) <br> COLLECTOR, and PROPEL FINANCIAL ) <br> SERVICES, LLC d/b/a RETAX FUNDING, ) <br> Individually and as successor company of ) <br> BNC RETAX, LLC d/b/a RETAX FUNDING, ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:18-cv-00100-A |

## FINAL JUDGMENT

Consistent with (a) the United States' Motion for Entry of Final Judgment on the Pleadings (b) the court's prior orders (ECFs' 23, 31, 37 & 45), and (c) the Joint Stipulation of Lien Priorities that were filed in the above-captioned action,

The court ORDERS, ADJUDGES, and DECREES that the United States have and recover from Mary Helen Suarez the sum of $2,543,155.10 as of April 17, 2017, plus prejudgment interest thereon at the rates set forth in 26 U.S.C. §§ 6601 and 6621, and post-judgment interest on the total at the rate established by 28 U.S.C. § 1961(c) from date of judgment until paid.

The court ORDERS, ADJUDGES, AND DECREES that property located at 6707 Lion Gate Court, Arlington, Texas 76001 shall be sold to enforce the United States' federal tax liens consistent with the Order of Foreclosure and to Vacate entered on March 15, 2019 (ECF 45), and that the proceeds from such sale shall be deposited into the registry of the court, subject to confirmation of the sale, and then distributed in the following order:

1

    a. First, to the costs of sale to the IRS:      $ (to be determined)
    b. Second to Tarrant County's outstanding ad valorem taxes:

| | |
|---|---|
| if paid by July 1, 2019 | $6,009.67 |
| if paid after July 1, 2019, but before August 1, 2019 | $6,060.59 |
| if paid after August 1, 2019, but before September 1, 2019 | $6,111.53 |

    c. Third, to Tax Rescue's claim:

| | |
|---|---|
| if paid by June 30, 2019 | $75,491.98 |
| if paid after June 30, 2019, add $24.22 per day | |

Provided however that in the event that the property does not sell for an amount sufficient to fully pay the claims of Tax Rescue and Tarrant County, the proceeds of sale remaining after the payment of costs of sale shall be paid pro rata to Tarrant County and Tax Rescue.

    d. Fourth, to the United States Department of Justice, for application against the federal tax liabilities of Mary Helen Suarez.

    e. Fifth, any remaining funds to Mary Helen Suarez.

Except to the extent paid by stipulation, each party bears their respective costs and attorney fees associated with this proceeding.

The court FINDS that this is the Final Judgment in the above-captioned action, and ORDERS that any relief sought by the complaint of plaintiff, United States of America, or by the pleading of any other party to this action, in this action that is not granted by this Final Judgment be, and is hereby, denied.

SIGNED April 4, 2019.

JOHN McBRYDE
United States District Judge

AGREED AS TO FORM AND SUBSTANCE:

*/s/ Stephanie Page*

STEPHANIE M. PAGE
Attorney, Tax Division
Texas Bar No. 13428240
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9749
(214) 880-9741 fax
Stephanie.M.Page@usdoj.gov

ATTORNEY FOR UNITED STATES

*/s/ Howard Marc Spector*

HOWARD MARC SPECTOR
Spector & Johnson, PLLC
Texas Bar No. 00785023
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
(214) 237-3380 fax
hms2@cornell.edu

ATTORNEY FOR TAX RESCUE, II, LLC



LORI GRUVER
Texas State Bar No. 24007283
Linebarger Goggan Blair & Sampson,LLP
P.O. Box 17428
Austin, Texas 78760
512 447-6675
512 693-0728 fax

ATTORNEY FOR TARRANT COUNTY TAX ASSESSOR-COLLECTOR

3

AGREED AS TO FORM AND SUBSTANCE:

_____
STEPHANIE M. PAGE
Attorney, Tax Division
Texas Bar No. 13428240
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9749
(214) 880-9741 fax
Stephanie.M.Page@usdoj.gov

ATTORNEY FOR UNITED STATES



_____
HOWARD MARC SPECTOR
Spector & Johnson, PLLC
Texas Bar No. 00785023
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
(214) 237-3380 fax
hms2@cornell.edu

ATTORNEY FOR TAX RESCUE, II, LLC

_____
LORI GRUVER
Texas State Bar No. 24007283
Linebarger Goggan Blair & Sampson,LLP
P.O. Box 17428
Austin, Texas 78760
512 447-6675
512 693-0728 fax

ATTORNEY FOR TARRANT COUNTY TAX ASSESSOR-COLLECTOR

3

_____
MARY HELEN SUAREZ, Pro Se Defendant
6707 Lions Gate Court
Arlington, Texas 76015
(817) 874-1261
hsuarez5@hotmail.com

4